THE STATE on the relation of ALLEN G. ODEN v. HENRY G. BATES.

### *Elections.*

This was an action to recover possession of the office of Coroner for Craven County, to which the relator alleged he had been duly elected in November, 1886. It was tried before *Shipp, Judge,* on demurrer to the complaint, at February Term, 1887, when the demurrer was overruled, and defendant appealed.

*Messrs. H. R. Bryan* and *M. D'W. Stevenson,* for the plaintiff.
*Messrs. W. W. Clark* and *C. M. Busbee,* for the defendant.

MERRIMON, J. The questions presented by the record in this case for our decision are, in all material respects, like those decided in *Gatling* v. *Boone* and *Hahn* v. *Stinson,* de-cided at the present term, and it must be governed by them.

Affirmed.